432 A.2d 253

Commonwealth v. Taylor, Appellant.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order affirmed.